*Joseph T. McCaffrey, Richard J. Shanahan* and *Thomas F. Zaia* for appellant.

*Harry M. Stacy, District Attorney (Clarence J. Gorman* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ..

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENJAMIN MALLOW, Appellant.

(Argued November 27, 1933; decided January 9, 1934.)

*Sim C. Binder, Nathaniel H. Kramer* and *John E. Brandfon* for appellant.

*William F. X. Geoghan, District Attorney* (*Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN. HUBBS and CROUCH, JJ.